UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JHOANA JUCA and VICTOR ARTEAGA, as
Parents and Natural Guardians of K.A., and
Individually, et al.,

                        Plaintiffs,

  -against-

RICHARD CARRANZA, in his official
capacity as the Chancellor of the New York
City Department of Education, and the NEW
YORK CITY DEPARTMENT OF EDUCATION,

                        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2020

19 **CIVIL** 9427 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 26, 2020, the Department's motion to dismiss Plaintiffs' Amended Complaint is GRANTED, and Plaintiffs' motion for attorney's fees and costs is DENIED; accordingly, this case is closed.

**Dated:** New York, New York

       October 27, 2020

                                                    RUBY J. KRAJICK

                                                      Clerk of Court
                           BY:
                                                      Deputy Clerk